**LAW OFFICE OF CHRISTIAN R. HARRIS**
Christian R. Harris (WV SBN 7170)
128 East 2nd Avenue
Williamson, West Virginia  25661
Telephone: (304) 235-2131
Facsimile:  (304) 235-2132


**SCHULZ & SCHULZ, P. C.**
Harry J. Schulz, III (CA SBN 205625)
310 N. Harborth Avenue
P.O. Box 580
Three Rivers, TX 78071
Telephone: (361) 786-2545
Facsimile: (361) 786-2543


Attorneys for Plaintiff and Counter-Defendant
First National Bank of Williamson

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| FIRST NATIONAL BANK OF WILLIAMSON, a chartered U.S. national bank, | Case No.  2:18-cv-00900 |
| Plaintiff, | **STIPULATION AND REQUEST FOR DISMISSAL WITHOUT PREJUDICE** |
| v. | Judge:  Hon. John T. Copenhaver, Jr. |
| ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut insurance company, | Courtroom:  6009 Robert C. Byrd United States Courthouse |
| Defendant. | |

2569565.

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut insurance company, | ) ) ) ) |
| Counterclaimant, | ) ) |
| v. | ) ) |
| FIRST NATIONAL BANK OF WILLIAMSON, a chartered U.S. national bank, | ) ) ) ) |
| Counter-Defendant. | ) ) ) ) ) ) |

Stipulated Dismissal Without Prejudice

2569565.

- 1 -

1    **IT IS HEREBY STIPULATED AND AGREED TO** among Plaintiff and

2    Counterdefendant, First National Bank of Williamson ("FNB"), and Defendant and

3    Counterclaimant, St. Paul Mercury Insurance Company ("St. Paul"), through their

4    designated counsel, that:  (a) pursuant to FRCP 41(a), the Complaint and the

5    Counterclaim in the captioned matter be, and hereby are, dismissed without

6    prejudice as to all claims; (b) no award of attorneys' fees or costs, or of expert fees

7    or costs is made in favor of either FNB or St. Paul in this matter; and (c) the Court

8    shall retain continuing exclusive jurisdiction to enforce the terms of the Contingent

9    Settlement Agreement and Mutual Release.

10   IT IS SO STIPULATED.

11   Dated:  February 25, 2019                          Respectfully submitted,

12                                                      SCHULZ & SCHULZ, P.C.

13

14

15                                              By: _____ */s/ Harry J. Schulz, III* _____

16                                                      Harry J. Schulz, III
                                                        Attorneys for Plaintiff and
                                                        Counterdefendant
17                                                      First National Bank of Williamson

18

19   Dated:  February 25, 2019                          LOSS, JUDGE & WARD, LLP

20

21                                              By: _____ */s/ Thomas J. Judge* _____

22                                                      Thomas J. Judge
                                                        Attorneys for Defendant and
23                                                      Counterclaimant St. Paul Mercury
24                                                      Insurance Company

25

26

27

28

Stipulated Dismissal Without Prejudice

1

## **ATTESTATION**

2      Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i) regarding signatures, I attest that

3   concurrence in the filing of this document has been obtained from the other

4   signatories.

5   Dated: February 25, 2019                    SCHULZ & SCHULZ, P.C.

6

7

8                                   By:      */s/ Harry J. Schulz, III*
                                             Harry J. Schulz, III
9                                            Attorneys for Plaintiff and
                                             Counterdefendant
10                                           First National Bank of Williamson

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulated Dismissal Without Prejudice

2569565.                      - 3 -